

1475 S. Governors Ave., Dover, Delaware 19904
Phone: 302-702-5501 Fax: 302-213-0042

Ronald G. Poliquin, Esq.
ron@poliquinfirm.com

October 3, 2025

**SENT VIA ECF**:

Judge Stephanos Bibas
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570

Re:     *Diana Copeland v. Netflix, Inc., et al.* Case No. 1:24-CV-00163 SB

Dear Judge Bibas,

    I am writing to the Court on behalf of the Plaintiff, Diana Copeland, to outline the proposed amendments to the complaint that will establish jurisdiction in the District of Delaware. These amendments are intended to ensure that the complaint clearly articulates the basis for jurisdiction in this Court.

## Proposed Amendments to Establish Jurisdiction

### Plaintiff's Citizenship

    The complaint will be amended to specify that the Plaintiff, Diana Copeland, is a citizen of the state of Texas. This clarification is crucial to establishing diversity jurisdiction, as it distinguishes the Plaintiff's state of citizenship from that of the Defendants.

### Defendant A&E Television Networks, LLC

    The complaint will be amended to emphasize that Defendant A&E Television Networks, LLC is a limited liability company organized under the laws of the State

of Delaware. This fact supports the assertion of jurisdiction in Delaware, as A&E Television Networks, LLC is a citizen of Delaware.

### Defendant Lifetime Entertainment Services, LLC

The complaint will further clarify that Lifetime Entertainment Services, LLC is owned by The Walt Disney Company and Hearst Communications. The Walt Disney Company is a Delaware corporation, which further supports jurisdiction in Delaware.

### Defendant Netflix, Inc.

The complaint already states that Netflix, Inc. is a corporation organized under the laws of the State of Delaware, with its principal place of business in California. This fact will be reiterated to reinforce the jurisdictional basis.

### Jurisdictional Basis

The complaint will explicitly state that this Court has jurisdiction over this case because the amount in controversy exceeds the jurisdictional limits, and the Defendants' wrongful conduct occurred in all fifty states, including Delaware. Additionally, the fact that Defendant Netflix is a citizen of Delaware will be highlighted as a basis for jurisdiction.

These amendments are intended to provide a clear and comprehensive jurisdictional basis for the complaint to be heard in the District of Delaware. We believe that these changes will address any concerns regarding the Court's jurisdiction over this matter. No other amendments to the Complaint are requested.

Thank you for your attention to this matter.

Sincerely,


/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esq.
DE Bar I.D. No. 4447

cc: All Counsel of Record (via CM/ECF)